IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number:  1:19-cv-22656-FAM

**NICHOLAS PAGAN,**

    **Plaintiff**

**V.**

**Zuuk Mediterranian Kitchen**

    **Defendant**

_____/

**RESPONSE TO ORDER REQUIRING CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT**

    Plaintiff,, by and through undersigned counsel, hereby files this Response to Order Requiring Certificate of Counsel Regarding Any Prior Filings under the Americans with Disabilities Act, and states as follows:

1. Searches were conducted utilizing the name of the Defendants and property address. The searches revealed that there was prior litigation involving the Defendants or its property relating to a claim under the Americans with Disabilities Act.

2. In the prior case which was subject to Defendant's physical property and not its website as the present case is, a Consent Decree was entered on 4/16/18. Said Consent Decree has been attached to this Docket Entry as an exhibit.

3. N/A

4. N/A

5. N/A

## **DECLARATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true

Dated: July 9, 2019

                                               Respectfully Submitted,

                                           */s/ Alberto R. Leal*. `
                                               Alberto R. Leal
                                               Florida Bar No.: 1002345
                                         E-Mail:al@thelealfirm.com
                                         The Leal Law Firm, P.A.